[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-11406
Non-Argument Calendar

_____

D.C. Docket No. 2:91-cr-14013-FAM-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEONARD JENNINGS,
a.k.a. Needie Jennings,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(December 31, 2012)

Before BARKETT, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Hector Dopico, appointed counsel for Leonard Jennings in this 18 U.S.C.

§ 3582(c)(2) appeal, has filed a motion to withdraw from further representation on

appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S.

738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire

record reveals that counsel's assessment of the relative merit of the appeal is

correct.  Because independent examination of the entire record reveals no arguable

issues of merit, counsel's motion to withdraw is **GRANTED**, and the district

court's grant of § 3582(c)(2) relief is **AFFIRMED**.